### 12377.   SMITH *v.* THE STATE.

BLOODWORTH, J.   The grounds of the motion for a new trial assign no error on any ruling of the court, but only complain of the verdict on the ground that it was contrary to law, evidence, and the weight of evidence, and without evidence to support it; and, there being some evidence to support the finding of the jury, there was no error in overruling the motion.

> *Judgment affirmed.   Broyles, C. J., and Luke, J., concur.*
> DECIDED JUNE 14, 1921.

Accusation of larceny; from city court of Macon — Judge Gunn.   March 28, 1921.

*H. F. Rawls,* for plaintiff in error.   *R. W. Moore, solicitor,* contra.